UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PITTMAN,<br><br>Plaintiff,<br><br>v.<br><br>OAKLAND POLICE DEPARTMENT,<br><br>Defendant. | Case No.  26-cv-04795-VC<br><br>**ORDER OF DISMISSAL** |

Joshua Pittman filed a "Motion for Civil Lawsuit." The same day, the Clerk sent Pittman two notices: (1) his complaint on the court's form was due within 28 days of the filing date of the Clerk's notice; and (2) his completed *in forma pauperis* application or $405.00 filing fee was due within 28 days of the filing date of the Clerk's notice. Both notices included blank copies of the required forms and warned Pittman if he did not submit the completed documents within the 28-day time frame, his case would be dismissed.

More than 28 days have passed, and Pittman has not filed the two documents or paid the filing fee. Therefore, this case is dismissed without prejudice. The Clerk shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated:   7/14/2026

_____
VINCE CHHABRIA
United States District Judge